United States Bankruptcy Court
District of Maryland

In re:  
Clifford Leon Russell, Jr.  
       Debtor

Case No. 15-22440-TJC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0416-0     User: nguerra     Page 1 of 1     Date Rcvd: Nov 08, 2018  
                         Form ID: pdfdbtr     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.  
db          +Clifford Leon Russell, Jr.,   5604 35th Place,   Hyattsville, MD 20782-3803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:  
         Brett Weiss    brett@bankruptcylawmaryland.com,    brettecf@gmail.com,jackie@brettweiss.com,  
          r51781@notify.bestcase.com  
         Candy L. Thompson    cthompson@candythompsonlaw.com,    legal@candythompsonlaw.com,  
          candy.thompsonecf@gmail.com,thompsoncr77659@notify.bestcase.com  
         M. Evan Meyers    bdept@mrrlaw.net  
         Richard Rogers    rrogers@cgd-law.com,    bankruptcyecf@cgd-law.com,estamas@cgd-law.com,  
          bbush@cgd-law.com  
         Timothy P. Branigan    cmecf@chapter13maryland.com  
         William R. Feldman    wrflaw@aol.com,    acurtis@wfeldmanlaw.com  
                                                                                                   TOTAL: 6

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| CLIFFORD L. RUSSELL, JR., | : Case No. 15-2-2440-WIL |
| | : Chapter 13 |
| Debtor(s). | : |
| | : |

## ORDER DISMISSING CASE AND
## NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon the motion to dismiss filed by the Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. Section 1307(c) because of a material default by the debtor with respect to a term of the debtor's plan and dismissal is in the best interests of the creditors and the estate, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above-referenced Chapter 13 case is dismissed; and it is further

ORDERED, that to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of $0.00 for unpaid filing and administrative fees, and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. Section 362(a) is terminated.

cc: All Creditors
    Debtor(s)
    Debtor(s)' Counsel
    Chapter 13 Trustee

**END OF ORDER**